Certificate Number: 03088-PAE-DE-037045357

Bankruptcy Case Number: 22-12884



03088-PAE-DE-037045357

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2022, at 1:09 o'clock PM CST, Daniel J Lewis completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 15, 2022              By:     /s/Doug Tonne

                                        Name:   Doug Tonne

                                        Title:  Counselor