UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Daniel James Lewis | Bankruptcy No.22-12884-AMC |
| Debtor | |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of February, 2023, by first class mail upon those listed below:

Daniel James Lewis
615 Green Street
Bridgeport, PA  19405

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD
SUITE 220
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee