United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12884-amc
Daniel James Lewis     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 09, 2023     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel James Lewis, 615 Green Street, Bridgeport, PA 19405-1117 |
| 14744876 | + | Carmax Auto Finance, dba Carmax Business Services LLC, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave. Suite 301 Moorestown, NJ 08057-3125 |
| 14734792 | + | MidFirst Bank, c/o Brian C. Nichols,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2023 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14739562 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2023 00:04:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14733168 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14731406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14735030 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2023 00:04:37 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14735561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2023 00:04:43 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14744801 | + | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 09 2023 23:53:00 | Carmax Auto Finance dba Carmax Business Services L, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144-5942 |
| 14731412 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 09 2023 23:54:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14731413 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2023 23:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14731408 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 00:04:37 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14731410 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 00:04:50 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14745997 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 00:04:51 | JPMorgan Chase Bank, N.A., National Bankruptcy |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 14746151 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 00:04:50 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14745125 | | Email/Text: amps@manleydeas.com | Mar 09 2023 23:53:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14745265 | | Email/Text: amps@manleydeas.com | Mar 09 2023 23:53:00 | JPMorgan Chase Bank,N.A., c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14731415 | | Email/Text: ml-ebn@missionlane.com | Mar 09 2023 23:53:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14745335 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 10 2023 00:04:43 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14734721 | ^ | MEBN | Mar 09 2023 23:51:44 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14731414 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 10 2023 00:04:37 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14731416 | + | Email/Text: jaxbanko@td.com | Mar 09 2023 23:53:00 | TD Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14744416 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2023 00:04:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14731418 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 09 2023 23:53:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 14744492 | | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2023 00:04:37 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14731407 | | CarMax Auto Finance, 225 Chastain Meadows Court, GA 31440 |
| cr | *+ | Carmax Auto Finance dba Carmax Business Services L, 225 Chastain Meadows Court, Suite 210, Kennesaw, GA 30144-5942 |
| 14731409 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14731411 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14747529 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14747561 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 14731417 | *+ | TD Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 09, 2023 | Form ID: pdf900 | Total Noticed: 27 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

**Name**          **Email Address**

ALYK L OFLAZIAN
　　on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

BRAD J. SADEK
　　on behalf of Debtor Daniel James Lewis brad@sadeklaw.com
　　bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
　　on behalf of Creditor Carmax Auto Finance dba Carmax Business Services LLC ecfmail@mortoncraig.com
　　mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Daniel James Lewis<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-12884-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 8, 2023**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE